# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JUAN PEREZ,**

      **Plaintiff,**

**v.**                                                                                 **Case No:   6:20-cv-69-Orl-31EJK**

**HOKKAIDO LAKE BUENA VISTA, LLC**
**and WAN XING LIN,**

      **Defendants.**

## ORDER

This is an FLSA case. *See generally* 29 U.S.C. §§ 201 to 209. On April 13, 2020, the parties filed a joint motion to approve their settlement agreement (Doc. 27). Since the proposed settlement does not involve a compromise of Plaintiff's claim, it is not incumbent on the Court to review the reasonableness of the proposed settlement. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).

The Court finds that the agreed-upon fee and costs to be paid to Plaintiff's counsel were determined independently, did not affect the payment to Plaintiff, and otherwise appear to be reasonable. *See Bonetti v. Embarq Mgmt. Co.*, Case No. 06:07-CV-1335, 2009 WL 2371407 (M.D. Fla. Aug. 4, 2009). It is, therefore

**ORDERED** that said Motion is **GRANTED**. The settlement is **APPROVED** and this case is **DISMISSED** with prejudice. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on April 14, 2020.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party